IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.                                    CR NO:  1:22-CR-00006-JLT-SKO

TROY CLOWERS,

                    Defendants.

**FILED**

Jan 26, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   Troy CLOWERS

Detained at          Fresno County Jail, located at 1225 M. Street, Fresno CA

Detainee is:    a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                      charging detainee with:   Title 21 U.S.C. § 841(a)

          or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ☐ return to the custody of detaining facility upon termination of proceedings
          or    b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

*Appearance is necessary on February 2, 2022 at 2 p.m. in the Eastern District of California.*

          Signature:
          Printed Name & Phone No:        Stephanie M. Stokman 559-286-6109
          Attorney of Record for:         United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on February 2, 2022* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jan 26, 2022**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | AU09433; 2117448 | DOB: | 9/12/1984 |
| Facility Address: | 1225 M. Street, Fresno, CA | Race: | W |
| Facility Phone: | | FBI#: | 117320NB4 |
| Currently | | | |

---

**RETURN OF SERVICE**

Executed on: _____          _____

                                     (signature)